■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL RUIZ TORRES, Appellant.

Viewing the evidence in the light most favorable to the

prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

We have examined the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be without merit. Weinstein, J. P., Rubin, Spatt and Sullivan, JJ., concur.